DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP
JENNIFER RANDLETT MADDEN (Bar No. 184905)
CAROLINE M. COLANGELO (Bar No. 278071)
500 Capitol Mall, Suite 1550
Sacramento, CA  95814
Telephone:     (916) 661-5700
Facsimile:      (916) 661-5701
jmadden@delfinomadden.com
ccolangelo@delfinomadden.com

Attorneys for Defendant
AVOLVE SOFTWARE CORPORATION

JAMES A. CLARK, ESQ. (SBN 278372)
RENEE N. PARRAS, ESQ. (SBN 283441)
TOWER LEGAL GROUP P.C.
1510 J Street, Suite 125
Sacramento, CA 95814
T:  (916) 361-6009
F:  (916) 361-6019
Email:  james.clark@towerlegalgroup.com

Attorneys for Plaintiff
RANDALL SCHEIDEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCHEIDEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>AVOLVE SOFTWARE CORPORATION,<br>a Delaware corporation and DOES 1-10 inclusive,<br><br>  Defendants. | CASE NO.  2:14-cv-01217-MCE-CKD<br><br>**STIPULATED REQUEST AND ORDER TO EXTEND THE DEADLINE TO COMPLETE DISCOVERY AND EXTEND THE DATE FOR EXPERT DISCLOSURES** |

Plaintiff Randall Scheideman ("Plaintiff") and Defendant Avolve Software Corporation ("Defendant") (collectively "the Parties") hereby jointly stipulate and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure to extend the discovery deadlines set forth in the Pretrial Scheduling Order (Dkt. 17) (hereinafter the "Scheduling Order") for good cause as set forth herein.

IT IS HEREBY STIPULATED:

WHEREAS, all discovery, with the exception of expert discovery, currently must be

{Stipulation and Proposed Order to Extend Discovery and Expert Witness Deadlines.1}     1

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE DISCOVERY AND EXTEND THE DATE FOR EXPERT DISCLOSURES

completed by August 13, 2015 and the Parties wish to extend the time to complete non-expert discovery until October 30, 2015;

WHEREAS, the last day for expert disclosures is currently October 13, 2015 and the Parties wish to extend the date until November 30, 2015;

WHEREAS, to date, Defendant has propounded and Plaintiff has responded to written discovery; however, neither Party has taken any depositions;

WHEREAS, the Parties are currently engaged in good faith settlement discussions and are considering private mediation of the matter.  The Parties have determined and agreed that it would be economically feasible to postpone conducting additional discovery until after settlement discussions as it may make the discovery unnecessary. As such, the parties seek to extend the dates for completion of discovery and disclosure of expert witnesses;

WHEREAS, in the event settlement discussions or private mediation are unsuccessful, the Parties will require this limited extension of time to complete all discovery, and this extension will not affect any other dates set forth in the Scheduling Order;

WHEREAS, the Parties have not made any previous requests to extend any discovery deadline in this action;

WHEREAS, in light of the foregoing, and for good cause shown, the parties respectfully request that the Court modify the existing Scheduling Order as agreed by the Parties and as set forth herein.  The Parties are and have been working diligently to move this case toward private mediation and, if unsuccessful, toward trial.  Entering this Order will permit the parties to focus on mediation and potentially resolving this case without a trial. This extension does not affect the dates related to dispositive motions, the pretrial conference date, or the trial date, although those dates are included below for sake of context.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record that:

1. The Parties propose the following new scheduling deadlines:

| Deadline | Existing Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | August 13, 2015 | October 30, 2015 |
| Expert Disclosures | October 13, 2015 | November 30, 2015 |
| Rebuttal Expert Disclosures | November 2, 2015 | December 18, 2015 |
| Expert Discovery Cutoff | In a timely manner in order to comply with Court's deadline for filing dispositive motions. | In a timely manner in order to comply with Court's deadline for filing dispositive motions. |
| Last Hearing Date for Dispositive Motions | February 18, 2016 | February 18, 2016 |
| Final Pretrial Conference | April 14, 2015 | April 14, 2015 |
| Trial | June 13, 2016 | June 13, 2016 |

2. The requested extensions will not interfere with any other dates contained in the Court's Scheduling Order.

IT IS SO STIPULATED.

DATED: July 20, 2015					DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP


							By:   /s/ Caroline Colangelo
								CAROLINE COLANGELO
								Attorney for Defendant
								AVOLVE SOFTWARE CORPORATION


DATED: July 21, 2014					TOWER LEGAL GROUP P.C.


							By:   /s/ James A Clark
								JAMES A. CLARK
								Attorney for Plaintiff
								RANDALL SCHEIDEMAN

**ORDER**

Pursuant to the joint stipulation of the Parties, and good cause appearing, the deadline for completion of discovery is hereby continued from August 13, 2015 to October 30, 2015, and the deadline for designation of expert witnesses is hereby continued from October 13, 2015 to November 30, 2105, the deadline for designation of rebuttal expert witnesses is continued from November 2, 2105 to December 18, 2015, and the Parties are hereby instructed to complete all discovery of expert witnesses in a timely manner in order to comply with the Court's deadline for filing dispositive motions.  All other dates established in this matter, including the dispositive motion deadline, final pretrial conference and trial dates, remain unchanged.

**IT IS SO ORDERED**.

Dated:  July 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT