JAMES A. CLARK, ESQ. (SBN 278372)
TOWER LEGAL GROUP P.C.
1510 J Street, Suite 125
Sacramento, CA 95814
Tel:  (916) 361-6009
Fax:  (916) 361-6019
Email:  james.clark@towerlegalgroup.com

ROBERT CARICHOFF (SBN 211066)
DEL RIO & CARICHOFF, P.C.
2335 American River Dr #304
Sacramento, CA 95825
Tel. (916) 378-4705
Fax. (916) 378-4706
Email: robert@accident-legal.com

Attorneys for Plaintiff
RANDALL SCHEIDEMAN

DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP
JENNIFER RANDLETT MADDEN (Bar No. 184905)
CAROLINE M. COLANGELO (Bar No. 278071)
500 Capitol Mall, Suite 1550
Sacramento, CA  95814
Telephone:     (916) 661-5700
Facsimile:     (916) 661-5701
jmadden@delfinomadden.com
ccolangelo@delfinomadden.com

Attorneys for Defendant
AVOLVE SOFTWARE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCHEIDEMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>AVOLVE SOFTWARE CORPORATION,<br>a Delaware corporation and DOES 1-10<br>inclusive,<br><br>          Defendants. | CASE NO.  2:14-cv-01217-MCE-CKD<br><br>**JOINT STIPULATION TO DISMISS<br>ENTIRE ACTION WITH PREJUDICE<br>(RULE 41 (a) (1) (A)(ii))' ORDER<br>THEREON** |

WHEREAS, Plaintiff Randall Scheideman ("Plaintiff") filed this action against Defendant Avolve Software Corporation ("Defendant") alleging claims for: (1) failure to pay earned wages or commissions; (2) waiting time penalties; (3) wrongful termination in violation of public policy; and (4) civil penalties pursuant to the Private Attorneys General Act.

WHEREAS, on Thursday, October 29, 2015, the Parties entered a settlement agreement, by which Plaintiff released all claims and causes of action against Defendant, including the claims asserted by him in this Action.

THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), to dismiss the above-captioned matter with prejudice.  This stipulation and dismissal completely terminates the above-entitled action against all parties.  Each party will bear its/his own attorneys' fees and costs.

Once a stipulation, under Rule 41 (a)(1)(A)(ii), between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. FRCP 41(a)(1)(A)(ii); *Eitel v. McCool*, 782 F.2d 1470, 1473 n.4 (9th Cir. 1986). "Case law concerning stipulated dismissals under Rule 4141(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *In re Wolf*, 842 F.2d 464, 466 (D.C. Cir. 1989); *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984); *see also Gambale v. Deutsche Bank AG*, 377 F.3d 133, 139 (2d Cir. 2004); *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

**IT IS SO STIPULATED.**

November 4, 2015

DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP

By:  /s/ JENNIFER RANDLETT MADDEN
JENNIFER MADDEN
Attorney for Defendant
AVOLVE SOFTWARE CORPORATION

November 4, 2015                                    TOWER LEGAL GROUP P.C.


                                          By: /S/JAMES A. CLARK
                                              JAMES A. CLARK
                                              Attorney for Plaintiff
                                              RANDALL SCHEIDEMAN



**ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE**

 The Court having considered the parties' stipulation submitted herein and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement;

2. That the Clerk of the Court enter final judgment dismissing this action with prejudice and in its entirety.

**IT IS SO ORDERED.**

Dated:  November 20, 2015


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT